ROSE RIHA, Appellant, v. HELEN SONBORN, Defendant, and STRAND RESTAURANT CORPORATION, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

FANNIE RING, Respondent, v. MORRIS KORN, Appellant. MORRIS RING, Respondent, y. MORRIS KORN, Appellant. BESSIE KWESKIN, Respondent, v. MORRIS KORN, Appellant.— Orders setting aside verdicts and granting new trial unanimously affirmed, with one bill of costs to respondents. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.

RICHARD S. STREIFFER, as Receiver of the Property, Real and Personal, of ISIDORE D. WOLFSON, Respondent, Appellant, v. ISIDORE D. WOLFSON and RITA WOODMERE CORPORATION, Appellants, and FAY WOLFSON, Respondent.— Order granting motion of defendant Fay Wolfson to dismiss the complaint as to her modified so as to provide that she be retained in the action as a party defendant, and as so modified affirmed, without costs. Although no relief may be had against her, nor in favor of her creditors, she is nevertheless a proper party defendant for the purpose of enabling the court to adjudicate completely the rights of all the parties concerned. Orders denying motions to dismiss the complaint as against defendants Rita Woodmere Corporation and Isidore D. Wolfson affirmed, with ten dollars costs and disbursements, payable by said defendants jointly; said defendants to answer within ten days from service on each of them of a copy of the order herein. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ., concur.

MARGARET TERGESEN, as Administratrix, etc., of OLE TERGESEN, Deceased, Appellant, v. G. GREENE, INC., and Another, Defendants, and GEORGE J. ATWELL Co, INC., Respondent.— Judgment, in so far as it dismisses the complaint as against defendant George J. Atwell Co., Inc., unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Davis, JJ.